UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: Arias Rodriguez, Carmen V.

BK. CASE # 01-13698

CHAPTER 13

DEBTOR(S)

*RECEIVED AND FILED / CASHIER 2 / 01 DEC 12 PM 2:29 / BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO*

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee [X] directly [ ] by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 11-30-01      [X] PRE  [ ] POST-CONFIRMATION

[ ] AMENDED PLAN DATED: _____  FILED BY [ ] DEBTOR [ ] TRUSTEE [ ] OTHER

### I. PAYMENT PLAN SCHEDULE

- $135.00 x 60 = $8,100.00
- $___ x ___ = ___
- $___ x ___ = ___
- $___ x ___ = ___
- $___ x ___ = ___

TOTAL = $8,100.00

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from
[ ] Sale of property identified as follows: _____
[ ] Other: _____

Periodic Payments to be made other than, and in addition to the above.
$___ x ___ = ___

PROPOSED BASE: $8,100.00

### III. ATTORNEY'S FEES
(Treated as §507 Priorities)
a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $1,500.00
b. Additional Fees: $ —
c. Adjusted Balance: $1,500.00

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR _____ $ _____

B. SECURED CLAIMS.
[ ] Debtor represents no secured claims.
[X] Creditors having secured claims will retain their liens and shall be paid as follows:

1. [ ] Trustee pays secured ARREARS:
Cr. ___  Cr. ___  Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___

2. [X] Trustee pays IN FULL Secured Claims
Cr. Mueblerias Mendoza  Cr. Mueblerias Mendoza  Cr. ___
# 13101046403           # 13101046404           # ___

3. [ ] Trustee pays VALUE OF COLLATERAL
Cr. ___  Cr. ___  Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___

4. [ ] Debtor SURRENDERS COLLATERAL to Lien Holder:

5. [ ] OTHER: _____

6. [X] Debtor Otherwise maintains regular payments directly to:
Doral Mortgage

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
(11 U.S.C. § 507 and § 1322 (a)(2))

D. UNSECURED CLAIMS. Plan [X] Classifies [ ] Does not Classify Claims.
1. (a) Class A: [X] Co-debtor Claims / [ ] Other: _____
   [X] Paid 100% / [ ] Other: _____
   Cr. Mendoza Finance  Cr. ___  Cr. ___
   # 11-01422           # ___    # ___
(b) [ ] Other: _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecured, etc.)*

Signed: *Carmen V. Arias Rodz.*
DEBTOR

_____
JOINT DEBTOR

12/7/01

ATTORNEY FOR DEBTOR: Julio Rivera Toro     Phone: (787)841-1704; 977-1960